In re MARRIAGE OF Douglas F. ADAMS and Karen J. Adams.

Douglas F. ADAMS, Petitioner/Appellant/Cross–Respondent,

v.

Karen J. ADAMS, Respondent/Respondent/Cross–Appellant.

Nos. 65202, 65278.

Missouri Court of Appeals, Eastern District, Division Three.

June 6, 1995.

Rehearing Denied July 24, 1995.

W. Morris Taylor, William K. Meehan, W. Morris Taylor, P.C., St. Louis, for appellant/respondent.

Allan H. Zerman, Cary J. Mogerman, Zerman & Mogerman, Clayton, for respondent/appellant.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Both parties appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).